IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DANNY M. OWENS**                                                                                          **PLAINTIFF**

v.                                    Case No. 3:20-cv-00350-KGB

**ESTATE OF MORRIS VERNON**
**OWENS,** *et al.*                                                                                          **DEFENDANTS**

## ORDER

Before the Court is the status of this case. On November 2, 2020, plaintiff Danny M. Owens filed his complaint against defendants the Estate of Morris Vernon Owens, Arva Pearl Owens, Kelley Webb, and Unknown Named Indemnities One and Two (Dkt. No. 1). The docket indicates that on November 2, 2020, summons for all of the defendants were issued and returned to Mr. Owens for service (*Id.*). Mr. Owens has made no filing in this case since filing his complaint on November 2, 2020. Furthermore, at no time since the filing of his complaint has Mr. Owens filed proof of service of the complaint on defendants, nor has Mr. Owens moved for additional time to complete service with an explanation to support good cause for such an extension.

The Court takes judicial notice of *Owens v. Estate of Ira John Woodfin, et al.*, Case No. 2:20-cv-00236-KGB, a separate civil action previously brought by Mr. Owens. In that proceeding, the Court notified all parties of Mr. Owen's death upon receiving an electronic mail message from the partner of Mr. Owens informing the Court of Mr. Owen's passing on June 12, 2022, 2022. *See* Court's Exhibit A.

The Court hereby notifies all parties of Mr. Owens's death and stays this matter for a period of 90 days, until April 10, 2023, so that Mr. Owens's successors or representatives may if they so desire make a motion for substitution as set forth by Federal Rule of Civil Procedure

25(a). If a timely motion for substitution is not filed, the Court may dismiss this case without prejudice for failure to prosecute. *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas.

The Court is serving a copy of this Order by electronic mail on the individuals listed in the July 3, 2022, email to the Court in Case No. 2:20-cv-00236-KGB.

It is so ordered this 10th day of January, 2023.

_____
Kristine G. Baker
United States District Judge

**Debra Williams**

| | |
|---|---|
| **From:** | Lisa Ruple <lbrog1786@att.net> |
| **Sent:** | Sunday, July 3, 2022 1:15 PM |
| **To:** | AREDdb_kgbchambers; Blake M. Owens |
| **Subject:** | Owens V Estate of Ira John Woodfin et al Case number: 2:20-cv-00236-KGB |
| **Attachments:** | Danny M Owens Death Certificate.pdf |

**CAUTION - EXTERNAL:**

Honorable Judge Baker,

My name is Lisa Ruple, I am the partner of Danny M Owens. I am contacting you to inform the court of his passing on June 12, 2022. I have attached his Death Certificate. If you need anything further, please contact me.

My Best Regards,

Lisa Ruple
O's Realty, Inc.
O's Media
cell. 901.646.6000
lbrog1786@att.net

All Payments to:
PO Box 163
Southaven, MS 38671
Physical:
4563 Millbranch Rd.
Memphis Tn. 38116

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.



Courts
Ex.
A

# STATE OF TENNESSEE
## Office of Vital Records



TENNESSEE DEPARTMENT OF HEALTH
### CERTIFICATE OF DEATH

STATE FILE NUMBER 2022 039231

| 1. Decedent's Legal Name | | | | 2. Sex | 3. Date of Death |
|---|---|---|---|---|---|
| DANNY MCGEE OWENS | | | | MALE | 06/12/2022 |

| 4. Time of Death (Approx.) | 5a. Age | 6. Date of Birth | 7. Birthplace |
|---|---|---|---|
| 11:08 AM | 71 | | JONESBORO, AR |

| 8a. Place of Death |
|---|
| DECEDENT'S HOME |

| 8b. Facility Name | 8c. City or Town | 8d. County of Death |
|---|---|---|
| 1573 EAST SHELBY DRIVE | MEMPHIS | SHELBY |

| 9. Marital Status | 10. Surviving Spouse (name prior to first marriage) | 11a. Decedent's Usual Occupation | 11b. Kind of Business/Industry |
|---|---|---|---|
| DIVORCED | | OWNER | ENTERTAINMENT |

| 12. Social Security Number | 13a. Residence-State or Foreign Country | 13b. County | 13c. City or Town |
|---|---|---|---|
| | TENNESSEE | SHELBY | MEMPHIS |

| 13d. Street and Number | 13e. Inside City Limits? | 13f. Zip Code | 14. Was Decedent ever in US Armed Forces? |
|---|---|---|---|
| 1573 EAST SHELBY DRIVE | YES | 38116 | NO |

| 15. Decedent's Education | 16. Decedent of Hispanic Origin? | 17. Decedent's Race |
|---|---|---|
| HIGH SCHOOL GRADUATE OR GED COMPLETED | NO, NOT SPANISH/HISPANIC/LATINO | WHITE |

| 18. Father's Name | 19. Mother's Name Prior to First Marriage |
|---|---|
| MORRIS VERNON OWENS | SHIRLEY ANN MCGEE |

| 20a. Informant's Name | 20b. Relationship to Decedent | 20c. Mailing Address |
|---|---|---|
| LISA RUPLE | PARTNER | 1573 EAST SHELBY DRIVE, MEMPHIS, TN 38116 |

| 21a. Method of Disposition | 21b. Place of Disposition | 21c. Location |
|---|---|---|
| DONATION REMOVAL FROM STATE | CRYONICS INSTITUTE | CLINTON, MI |

| 22a. Signature of Funeral Director | 22b. License Number | 22c. Signature of Embalmer | 22d. License Number |
|---|---|---|---|
| ▶ /s/ SEANNA HAMM | 6833 | ▶ | |

| 23a. Name and Address of Funeral Home | 23b. License Number |
|---|---|
| MID SOUTH MORTUARY SERVICE, 3774 SUMMER AVENUE, MEMPHIS, TN 38122-0966 | 715 |

| 24. Registrar's Signature | 25. Date Filed |
|---|---|
| ▶ /s/ EDWARD G BISHOP III | 06/13/2022 |

26. Certifier
26a. ☒ PHYSICIAN -- TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED
26b. ☐ MEDICAL EXAMINER -- ON THE BASIS OF EXAMINATION AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27a. Certifier | 27b. License Number | 27c. Date Signed |
|---|---|---|
| ▶ /s/ HENRY BAINES STAMPS | 029385 | 06/13/2022 |

| 27d. Name and Address |
|---|
| HENRY BAINES STAMPS 526 HALLE PARK DRIVE, COLLIERVILLE, TN 38017 |

28. Part I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

IMMEDIATE CAUSE a. _____
b. _____
c. _____
UNDERLYING CAUSE d. _____

Part II OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I

| 29a. Was an Autopsy Performed? |
|---|
| NO |
| 29b. Were Autopsy Findings Available to Complete the Cause of Death? |

| 30. Manner of Death | 31. Did Tobacco Use Contribute to Death? | 32. If Female: |
|---|---|---|
| NATURAL | UNKNOWN | N/A |

| 33. If Transportation Injury, Specify: | 34a. Date of Injury | 34b. Time of Injury | 34c. Injury at Work? | 34d. Place of Injury |
|---|---|---|---|---|
| | | | | |
| | 34e. Describe How Injury Occurred | | | 34f. Location of Injury |

PH-1659E    RDA 10112

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

14260019

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977

Edward G. Bishop III
State Registrar

Local Registrar

Date Issued: Jun-13-2022

## CERTIFICATION OF VITAL RECORD