IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DANNY M. OWENS**                                                                                    **PLAINTIFF**

v.                                     Case No. 3:20-cv-00350-KGB

**ESTATE OF MORRIS VERNON**
**OWENS,** *et al.*                                                                                **DEFENDANTS**

## ORDER

On January 10, 2023, the Court notified all parties of plaintiff Danny M. Owens's death and notified the parties and those in interest that the Court would hold the matter open for a period of 90 days so that Mr. Owens's successors or representatives could move for substitution as set forth by Federal Rule of Civil Procedure 25(a) (Dkt. No. 3). The 90-day time period expired on April 10, 2023, and Mr. Owens's successors and representatives have not moved for substitution. Accordingly, the Court dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 25(a).

It is so ordered this 19th day of April, 2023.

_____
Kristine G. Baker
United States District Judge