IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DANNY M. OWENS**                                                                                          **PLAINTIFF**

v.                                      Case No. 3:20-cv-00350-KGB

**ESTATE OF MORRIS VERNON**
**OWENS,** *et al.*                                                                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Danny M. Owens's complaint is dismissed without prejudice (Dkt. No. 1). The Court denies the requested relief.

So adjudged this 19th day of April, 2023.

_____
Kristine G. Baker
United States District Judge